**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Emmitt Lenroy ELLIS, Jr., a/k/a**
**Plucka, Defendant–**
**Appellant.**

No. 02–7337.

United States Court of Appeals,
Fourth Circuit.

Submitted May 29, 2003.

Decided June 6, 2003.

Owaiian Maurice Jones, Law Offices of Owaiian M. Jones, Fredericksburg, Virginia, for Appellant. Kimberly Riley Pederson, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON, MICHAEL and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM:

Emmitt Lenroy Ellis seeks to appeal the district court's order denying his 28 U.S.C.

§ 2255 (2000) motion. An appeal may not be taken from the final order in a motion under § 2255 unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court on the merits absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). We have independently reviewed the record and conclude Ellis has not made the requisite showing. *See Miller–El v. Cockrell*, 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. We deny Ellis' motion for an evidentiary hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*